IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DUSTIN SWAFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 1:19-cv-00289-SCJ |
| SV PROPERTY MANAGEMENT INC, | ) |
| | ) |
| Defendant. | ) |

**ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE**

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "A," and for good cause shown, it is hereby ORDERED and ADJUDGED that the Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice is GRANTED. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

LET IT BE SO ORDERED, this  30th  day of      May          , 2019.


　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　Hon. Steve C. Jones
　　　　　　　　　　　　　　　　United States District Judge